THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW LOUIS FLUKER, | ) | |
| Reg. No. 14372-031 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:08-CV-374-WKW |
| | ) | [WO] |
| | ) | |
| JOHN B. FOX, WARDEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On June 26, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Petitioner's failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 22nd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE